UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLER and LORI MILLER, ) | Case No.: 1:13-cv-00769 JLT |
| Plaintiffs, ) ) | ORDER GRANTING THE JOINT REQUEST TO AMEND THE SCHEDULING ORDER |
| v. ) ) | |
| UNITED STATES OF AMERICA, ) | (Doc. 21) |
| Defendant. ) ) | |

Before the Court is the joint request of the parties to extend the date by which dispositive motions are filed. (Doc. 21) The parties report they are engaged in ongoing settlement discussions and would like to complete these discussions before the need to expend resources related to dispositive motion practice. Id. at 1.

Based upon the stipulation, the Court **ORDERS** the scheduling order to be amended as follows:

1. Dispositive motions SHALL be filed no later than **June 3, 2014** and heard no later than **July 18, 2014.**

**No other modifications to the scheduling order are authorized.**

IT IS SO ORDERED.

Dated:   **May 8, 2014**                               /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE

1