# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLER, et al., | Case No.: 1:13-cv-00769 JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| UNITED STATES OF AMERICAN, | (Doc. 7) |
| Defendants. | |

On June 25, 2014, the parties filed a stipulation to continue the hearing on the pending motion for summary judgment (Doc.23). (Doc. 24) The reason for the continuation is an ongoing effort to settle the matter before expending further resources. Id.

Therefore, good cause appearing, the hearing on the motion for summary judgment is continued to **August 19, 2014** at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **June 26, 2014**                                /s/ Jennifer L. Thurston
                                                                        UNITED STATES MAGISTRATE JUDGE

1