# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLER, et al., | ) Case No.: 1:13-cv-00769 - JLT |
| Plaintiffs, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 26) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

On July 23, 3014, the parties notified the Court that they have settled the action.  (Doc. 26.) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **September 5, 2014**;
2. All pending dates, conferences and hearings are **VACATED,** and the pending motion for summary judgment (Doc. 23) is **TERMINATED**.

IT IS SO ORDERED.

Dated:   **July 26, 2014**          /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

1