UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLER and LORI MILLER,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.: 1:13-cv-0769-JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME WITHIN WHICH TO FILE THE REQUEST FOR DISMISSAL<br><br>(Doc. 28) |

Before the Court is the stipulation of the parties to extend the time to file their stipulated request for dismissal.  They are awaiting exchange of funds which is due to occur at any time. Thus, good cause appearing, the Court **ORDERS**:

　　1.　　The stipulation (Doc. 28) is **GRANTED**.  The deadline for filing the stipulation to dismiss is continued to **September 19, 2014**.

IT IS SO ORDERED.

　　Dated:　**September 4, 2014**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE