1
2
3
4
5
6
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  DAVID MILLER and LORI MILLER,      )   Case No.: 1:13-cv-00769 - JLT
                                       )
12          Plaintiffs,                )   ORDER GRANTING STIPULATION TO EXTEND
                                       )   TIME WITHIN WHICH TO FILE THE REQUEST
13      v.                             )   FOR DISMISSAL
                                       )
14  UNITED STATES OF AMERICA,          )
                                       )   (Doc. 30)
15          Defendant.                 )
                                       )
16  _____ )

17          On September 18, 2014, the parties filed a joint stipulation and request to extend the time for

18  Plaintiffs to file a request for dismissal.  The parties report the United States has requested that the

19  Internal Revenue Service issue a check to Plaintiffs and the parties are awaiting the disbursement of

20  funds prior to dismissing the action.  Good cause appearing, **IT IS HEREBY ORDERED**:

21          1.      The request for an extension of time (Doc. 30) is **GRANTED**; and

22          2.      The deadline for filing the stipulation to dismiss is continued to **October 3, 2014**.

23

24  IT IS SO ORDERED.

25      Dated:   __**September 20, 2014**__          _____**/s/ Jennifer L. Thurston**_____
26                                                  UNITED STATES MAGISTRATE JUDGE

27

28