**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MILLER and LORI MILLER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.: 1:13-cv-00769- JLT <br><br> ORDER DISMISSING PLAINTIFFS' COMPLAINT WITH PREJUDICE AND DIRECTING THE CLERK TO CLOSE THE ACTION |

On October 2, 2014, Plaintiffs David Miller and Lori Miller, and Defendant United States of America stipulated to dismiss this action with prejudice pursuant to of Fed. R. Civ. P. 41(a)(1), with each party to bear its own fees, costs, and expenses.  (Doc. 32.)

Pursuant to the terms of the stipulation, it is **HEREBY ORDERED**:

1. Plaintiffs' complaint is **DISMISSED WITH PREJUDICE**;
2. Each party shall bear its own fees, costs, and expenses; and
3. The Clerk of Court **IS DIRECTED** to close this action because this Order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **October 8, 2014**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1